

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AB:SSA

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 16, 2020

<u>By E-mail</u>

The Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Walin Rodriguez-Tejeda
               <u>Criminal Docket No. 19-MJ-1028 (RER)</u>

Dear Judge Bloom:

      The government respectfully moves for an order unsealing the complaint and arrest warrant in the above-captioned matter.

                                   Respectfully submitted,

                                   SETH D. DuCHARME
                                   Acting United States Attorney

                  By:        /s/
                               Samantha Alessi
                               Assistant U.S. Attorney
                               (718) 254-6099

Enclosure

cc:    Clerk of Court (by ECF)

AB:SSA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

WALIN RODRIGUEZ-TEJEDA,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

~~PROPOSED~~  O R D E R

CR 19-MJ-1028(RER)

Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Samantha Alessi, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
           December 16, 2020

                                            *Lois Bloom*
                                    HONORABLE LOIS BLOOM
                                    UNITED STATES MAGISTRATE JUDGE
                                    EASTERN DISTRICT OF NEW YORK